```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
GENERAL ELECTRIC COMPANY, CONSUMER        :
LIGHTING (U.S.), LLC, and CURRENT         :    19cv5365 (DLC)
LIGHTING SOLUTIONS, LLC,                  :
                                          :         ORDER
                                          :
                Plaintiffs,               :
                                          :
           -v-                            :
                                          :
LIGHTING SCIENCE GROUP CORPORATION,       :
                                          :
                Defendant.                :
----------------------------------------- X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/3/2019

DENISE COTE, District Judge:

   A telephone conference was held in the above-captioned case on July 3, 2019. As set forth at the conference, it is hereby

   ORDERED that defendant's opposition to plaintiffs' motion for a preliminary injunction must be filed by **July 17, 2019**. Plaintiffs' reply, if any, is due **July 22**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

   IT IS FURTHER ORDERED that the parties shall submit, pursuant to this Court's Individual Rules of Practice in Civil

Cases, any proposed redactions to documents filed in this case by **July 9, 2019**.

    SO ORDERED:

Dated:    New York, New York
           July 3, 2019

                                      DENISE COTE
                            United States District Judge